IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STANLEY W. TAYLOR, JR.,** in his )<br>official capacity as the Commissioner )<br>of Correction; **ALAN MACHTINGER** )<br>individually and in his official capacity )<br>as the Director of Human Resources )<br>of the Department of Correction; )<br>and **DEPARTMENT OF CORRECTION** )<br>of the **STATE OF DELAWARE,** )<br>)<br>**Defendants.** ) | C. A. No. 06-497 *** |

## ENTRY OF APPEARANCE

Please enter the appearance of Marc P. Niedzielski, Deputy Attorney General, on behalf of the following defendants: Stanley W. Taylor, Jr., Alan Machtinger and Department of Correction of the State of Delaware in the above captioned matter.

                                                                                                  /s/ Marc P. Niedzielski
                                                                            Marc P. Niedzielski (ID# 2616)
                                                                            Stephani J. Ballard (ID #3481)
                                                                             Deputy Attorneys General
                                                                             Department of Justice
                                                                             State of Delaware
                                                                             820 N. French Street
                                                                             Wilmington, DE 19801
                                                                              (302)577-8400

Dated: December 20, 2006

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 20, 2006, he caused the attached **ENTRY OF APPEARANCE** to be electronically served on the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

__/s/ Marc P. Niedzielski____
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400