IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-497-*** |
| STANLEY W. TAYLOR, JR., in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **February, 2007**.

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled for **Friday, March 9, 2007 at 12:30 p.m.** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by letter the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE