

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

February 16, 2007

The Honorable Mary Pat Thynge
Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE  19801

   **Re: Justice v. Taylor, et al.**
     **C.A. No. 06-497**

Dear Judge Thynge:

  Pursuant to the February 12, 2007 order in the above-referenced case, I will be participating in the scheduled teleconference on Friday, March 9, 2007 at 12:30 p.m. on behalf of defendants.

         Very truly yours,

         Stephani J. Ballard
         Deputy Attorney General

Cc: Thomas S. Neuberger, Esq.