# THE NEUBERGER FIRM
## ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
    *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 5, 2007                                **Via CM/ECF Filing**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:     **Justice v. Taylor, et al.,** C.A. No. 06-497-\*\*\*

Dear Judge Thynge:

      This letter is submitted in accord with the Court's Order dated February 12, 2007.  I will be participating in Friday's Rule 16 scheduling conference on behalf of plaintiff.

      Out of an abundance of caution plaintiff began preparing a draft Rule 16 scheduling order for use at Friday's scheduling conference.  Defendants subsequently indicated that they would not cooperate in drafting such an order and did not believe it necessary in the absence of explicit direction from the Court.  If the Court so directs, plaintiff will submit this draft to the Court.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:     Stephani J. Ballard, Esquire (via CM/ECF)

Justice \ Letters \ Thynge.01