

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 5, 2007

The Honorable Mary Pat Thynge                **VIA CM/ECF FILING**
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 8
Wilmington, DE 19801

    Re:   *Justice v. Taylor, et. al.*, C.A. No. 06-497-KAJ

Dear Judge Thynge:

    A teleconference is scheduled in the above matter for Friday, March 9, 2007 at 12:30 p.m. (D.I. 9). I previously submitted a letter stating that I would appear on behalf of Defendants (D.I. 10). I find it necessary to respond to Mr. Stephen Neuberger's letter of earlier today, filed with the Court (D.I. 11). In that letter, Mr. Neuberger states that Defendants "would not cooperate" in drafting a scheduling order and "did not believe [an order] was necessary." Mr. Neuberger has misrepresented my statements on this matter and I do not want the record to stand uncorrected.

    I enclose copies of the emails that went back and forth between Mr. Neuberger and myself, in which I clearly stated that I was amenable to discussing proposed dates with the Plaintiff, but could not bind my client and did not wish to submit an unsolicited Order to the Court, in an absence of direction from the Court. I think you will see that the emails speak for themselves as to the nature of the conversation between the parties, and that Mr. Neuberger's statement that Defendants are being uncooperative in this matter is incorrect. In fact, Defendants have agreed to a teleconference to discuss issues in this case with Plaintiff's counsel that will take place tomorrow at 11:00 a.m.

    Please let me know if the Court requires any additional information from Defendants prior to Friday's teleconference. Thank you.

Respectfully submitted,

Stephani J. Ballard
Deputy Attorney General

cc: Stephen J. Neuberger, Esquire (via CM/ECF)
    Marc Niedzelski, DAG
    Alan Machtinger

### Ballard Stephani (DOJ)

| | |
|---|---|
| From: | Ballard Stephani (DOJ) |
| Sent: | Friday, March 02, 2007 2:42 PM |
| To: | 'Stephen J. Neuberger' |
| Cc: | Niedzielski Marc (DOJ); Mitchell Jennifer (DOJ) |
| Subject: | RE: Justice |

Steve,

Thanks for your email. Yes, I will be covering the teleconference and I can be reached at my direct line 577-8354.

I was somewhat surprised that the Court did not ask for proposed dates, but I have also heard that most of the cases J. Thynge is covering will have to await the new judge, and she may not want to set dates down that will have to be moved.

At any rate, I am certainly amenable to discussing dates which both sides could agree upon, although I don't want to submit an actual scheduling order unless and until the Court asks for it. I can't bind my client at this point, however, until the court issues a directive on scheduling. Also, many of my existing cases are now with J. Thynge, so my own schedule into 2008 may be in flux.

I will be in Georgetown on Monday. I am in the office on Tuesday, except that I have a teleconference at 2:00 p.m. that will last about an hour. Let me know what time Tuesday would work for you if you want to have a phone conference. Thanks.

Stephani

>     -----Original Message-----
>     From: Stephen J. Neuberger [mailto:SJN@neubergerlaw.com]
>     Sent: Friday, March 02, 2007 2:28 PM
>     To: Ballard Stephani (DOJ)
>     Subject: Justice
>
>     Stephani,
>
>     The Rule 16 teleconference is scheduled for next Friday. Will you be covering it for the defense? If so, what number will you be at?
>
>     Although the Court did not order it, I believe we should submit a proposed Rule 16 scheduling order. I hope to get you one by Monday at the latest. Hopefully we can get it submitted by Wednesday.
>
>     Also, will you be around on Monday or Tuesday so we can fulfill our Rule 26 meet and confer obligations? I suggest we can do it by telephone.
>
>     Please let me know your thoughts.
>
>     Have a nice weekend.
>
>     -Steve
>
>     **********************************
>     Stephen J. Neuberger, Esq.
>     The Neuberger Firm
>     Attorneys and Counsellors at Law
>     Two East Seventh Street, Suite 302
>     Wilmington, DE 19801-3707

3/5/2007