IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | C. A. No. 06-497 *** |
| **STANLEY W. TAYLOR, JR.,** in his ) | |
| official capacity as the Commissioner ) | |
| of Correction; **ALAN MACHTINGER** ) | |
| individually and in his official capacity ) | |
| as the Director of Human Resources ) | |
| of the Department of Correction; ) | |
| and **DEPARMENT OF CORRECTION** ) | |
| of the **STATE OF DELAWARE,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 20, 2007, she caused the attached,

*Defendants Rule 26(a)(1) Initial Disclosures,* to be electronically filed with the Clerk of

Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for State Defendants