IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No. 06-497-*** |
| | : |
| STANLEY W. TAYLOR, JR., in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **1st** day of **May, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, May 10, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE