IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.,** in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 9, 2007, I caused **PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** to be served by e-mail on the following individual:

>Stephani J. Ballard, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801
>stephani.ballard@state.de.us

>**THE NEUBERGER FIRM, P.A.**
>
>/s/ Stephen J. Neuberger
>**THOMAS S. NEUBERGER, ESQ.** (# 243)
>**STEPHEN J. NEUBERGER, ESQ.** (#4440)
>Two East Seventh Street, Suite 302
>Wilmington, Delaware 19801
>(302) 655-0582
>TSN@NeubergerLaw.com
>SJN@NeubergerLaw.com

Dated: August 9, 2007        Attorneys for Plaintiff

Justice / Pleadings / Justice - Second ROGS Notice of Svs.final