IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.**, in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

TO: Stephani J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| NAME | DATE AND TIME |
|---|---|
| Defendant Stanley W. Taylor, Jr. | September 12, 2007 at 9:30am |
| Mr. Hansel Fuller | September 12, 2007 at 2:00pm |
| Defendant Alan Machtinger | September 13, 2007 at 9:30am |

                                       **THE NEUBERGER FIRM, P.A.**

                                     /s/ Stephen J. Neuberger
                                     **THOMAS S. NEUBERGER, ESQ. (#243)**
                                     **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                     Two East Seventh Street, Suite 302
                                     Wilmington, Delaware 19801
                                     (302) 655-0582
                                     TSN@NeubergerLaw.com
                                     SJN@NeubergerLaw.com

Dated: August 23, 2007                     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 23, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>
> Stephani J. Ballard, Esquire
> Department of Justice
> Carvel State Office Building
> 820 N. French Street
> Wilmington, DE 19801

>
> /s/ Stephen J. Neuberger
> **STEPHEN J. NEUBERGER, ESQ.**

cc:     Wilcox & Fetzer
        Client

Justice / Pleadings / Notice of Depositions (1)