IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | C. A. No. 06-497 *** |
| **STANLEY W. TAYLOR, JR.,** in his ) | |
| official capacity as the Commissioner ) | |
| of Correction; **ALAN MACHTINGER** ) | |
| individually and in his official capacity ) | |
| as the Director of Human Resources ) | |
| of the Department of Correction; ) | |
| and **DEPARTMENT OF CORRECTION** ) | |
| of the **STATE OF DELAWARE,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF SERVICE**

The undersigned certifies that on August 29, 2007 he caused the **Defendants' 1st Request for Production and Defendants' 1st Set of Interrogatories** to be served on the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
2 E. Seventh St., Suite 302
Wilmington, DE 19801

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        __/s/ Marc P. Niedzielski____
        Marc P. Niedzielski, I.D. #2616
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants