# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
  *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

August 29, 2007                                                     <u>Via CM/ECF Filing</u>

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **<u>Justice v. Taylor, et al.,</u>** C.A. No. 06-497-***
      **<u>Interim Status Report</u>**

Dear Judge Thynge:

This is a joint interim status report submitted in accord with the Court's Rule 16 Scheduling Order.

Discovery is scheduled to close on October 15, 2007, and has proceeded uneventfully. The parties have engaged in documentary discovery and the depositions of the two individual defendants and the primary comparator have been noticed for September 12th and 13th. Following the earlier unsuccessful settlement negotiations, plaintiff retained an economic expert and subsequently submitted an expert report to defendants.

The nature of the matters at issue are: (1) whether plaintiff engaged in protected First Amendment activity by way of his union associations and activities; (2) whether this protected activity was the cause of any retaliation against him; and (3) whether plaintiff has suffered any damages.

Lastly, the parties agree that the status teleconference scheduled for September 5, 2007, should be taken off the calendar.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    Stephani J. Ballard, Esquire (via CM/ECF)

Justice \ Letters \ Thynge.02