## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SERGEANT WILBUR F. JUSTICE,  :

      Plaintiff,  :

           :

  v.         :  Civil Action No. 06-497-***

           :

STANLEY W. TAYLOR, JR., in his  :
official capacity as the Commissioner of
Correction; ALAN MACHTINGER,  :
individually and in his official capacity as
the Director of Human Resources of the :
Department of Correction; and
DEPARTMENT OF CORRECTION OF :
THE STATE OF DELAWARE,

           :

     Defendants.  :

## ORDER

At Wilmington this **29**th day of **August, 2007,**

The parties provided an update of the status of the case and advised in their joint status report dated August 29, 2007 that the status conference of September 5, 2007 is not needed. Therefore,

IT IS ORDERED that as a result of a review of the information contained in the joint status report noted herein, the status conference of September 5, 2007 is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE