IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.,** in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on September 13, 2007, I caused two (2) copies of **PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be served by hand delivery on the following individual:

    Stephani J. Ballard, Esquire
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801
    stephani.ballard@state.de.us

    **THE NEUBERGER FIRM, P.A.**

    /s/ Stephen J. Neuberger
    **THOMAS S. NEUBERGER, ESQ.** (# 243)
    **STEPHEN J. NEUBERGER, ESQ.** (#4440)
    Two East Seventh Street, Suite 302
    Wilmington, Delaware 19801
    (302) 655-0582
    TSN@NeubergerLaw.com
    SJN@NeubergerLaw.com

Dated: September 13, 2007    Attorneys for Plaintiff