IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.,** in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

The undersigned certifies that on September 14, 2007, two (2) true and correct copies of *Defendants' Requests for Admissions to Plaintiff* were sent via e-mail and via U. S. Mail postage pre-paid to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE  19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for State Defendants