IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | C.A. No. 06-497-*** |
| : | |
| **STANLEY W. TAYLOR, JR.,** in his official : | |
| capacity as the Commissioner of Correction; : | |
| **ALAN MACHTINGER,** individually and in his : | |
| official capacity as the Director of Human : | |
| Resources of the Department of Correction; and : | |
| **DEPARTMENT OF CORRECTION OF THE** : | |
| **STATE OF DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

The undersigned certifies that on September 14, 2007, two (2) true and correct copies of *Defendants' 2nd Set of Requests for Production to Plaintiff* were sent via e-mail and via U. S. Mail postage pre-paid to the following:

   Thomas S. Neuberger, Esquire
   The Neuberger Firm, P.A.
   2 E. Seventh St., Suite 302
   Wilmington, DE  19801

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Stephani J. Ballard
                              Stephani J. Ballard, I.D. #3481
                              Deputy Attorney General
                              Carvel State Office Building
                              820 N. French Street, 6th Floor
                              Wilmington, DE  19801
                              (302)577-8400
                              Attorney for State Defendants