# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.,** in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on September 19, 2007, I caused a **SUBPOENA DUCES TECUM DIRECTED TO MATTHEW GIBBS, COMMUNITY WORK PROGRAM COORDINATOR** to be served by hand delivery on the following individual:

>Stephani Ballard, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801
>Stephani.ballard@state.de.us

                                  **THE NEUBERGER FIRM, P.A.**

                                  /s/ Stephen J.. Neuberger
                                  **THOMAS S. NEUBERGER, ESQ.** (# 243)
                                  **STEPHEN J. NEUBERGER, ESQ.** (#4440)
                                  Two East Seventh Street, Suite 302
                                  Wilmington, Delaware 19801
                                  (302) 655-0582
                                  TSN@NeubergerLaw.com
                                  SJN@NeubergerLaw.com

Dated: September 19, 2007            Attorneys for Plaintiff

Justice / Pleadings / Justice - Subpoena Duces Tecum Notice of Svs.