### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 06-497 *** |
| STANLEY W. TAYLOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO:   Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Wilbur F. Justice on <u>Wednesday, October 17, 2007</u> at 10:00 a.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated: September 21, 2007   Attorneys for State Defendants

cc: Wilcox and Fetzer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 06-497 *** |
| STANLEY W. TAYLOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on September 21, 2007 she caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECIPIENT(S):

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE  19801

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for State Defendants