IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.**, in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on October 1, 2007, I caused two (2) copies of **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION** to be served by U.S. Mail on the following individual:

> Stephani J. Ballard, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801

> **THE NEUBERGER FIRM, P.A.**
>
> /s/ Stephen J. Neuberger
> **THOMAS S. NEUBERGER, ESQ.** (# 243)
> **STEPHEN J. NEUBERGER, ESQ.** (#4440)
> Two East Seventh Street, Suite 302
> Wilmington, Delaware 19801
> (302) 655-0582
> TSN@NeubergerLaw.com
> SJN@NeubergerLaw.com

Dated: October 1, 2007     Attorneys for Plaintiff