IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.**, in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| **Defendants.** | : | |

## STIPULATED ORDER AMENDING SCHEDULING ORDER

Whereas the parties agree that additional time is necessary for discovery in this case, the parties herby stipulate, subject to the order of this Court, to the following deadlines:

Closure of discovery:                December 3, 2007.

Dispositive motions/opening briefs filed:    January 7, 2008.

The parties agree that all other deadlines in the Scheduling Order dated March 13, 2007 (D.I. 14) will remain the same. There is no trial date scheduled for this case at this time.

  /s/Stephen J. Neuberger  
STEPHEN J. NEUBERGER (#4440)  
The Neuberger Firm, P.A.  
2 E. Seventh St., Suite 302  
Wilmington, DE  19801  
Attorney for Plaintiff

   */s/* Stephani J. Ballard    
STEPHANI J. BALLARD (#3481)  
Deputy Attorney General  
Carvel State Office Building  
820 N.  French Street, 6th floor  
Wilmington, DE 19801  
Attorney for Defendants

SO ORDERED, this _____day of _____, 2007.

_____  
U.S. District Court Judge