IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : C.A. No. 06-497-*** |
| | : |
| **STANLEY W. TAYLOR, JR., in his official** | : |
| **capacity as the Commissioner of Correction;** | : |
| **ALAN MACHTINGER, individually and in his** | : |
| **official capacity as the Director of Human** | : |
| **Resources of the Department of Correction; and** | : |
| **DEPARTMENT OF CORRECTION OF THE** | : |
| **STATE OF DELAWARE,** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF SERVICE

The undersigned certifies that on October 11, 2007, two (2) true and correct copies of *Defendants' Responses to Plaintiff's Second Request for Production of Documents* were sent via U. S. Mail postage pre-paid to the following:

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stephani J. Ballard
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302)577-8400
        Attorney for State Defendants