**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **C.A.No. 06-497-***** |
| | : | |
| **STANLEY W. TAYLOR, JR., in his official** | : | |
| **capacity as the Commissioner of Correction;** | : | |
| **ALAN MACHTINGER, individually and in his** | : | |
| **official capacity as the Director of Human** | : | |
| **Resources of the Department of Correction; and** | : | |
| **DEPARTMENT OF CORRECTION OF THE** | : | |
| **STATE OF DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**NOTICE OF SERVICE**</u>

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on October 17, 2007, I caused two (2) copies of **PLAINTIFF'S AMENDED ANSWERS AND**

**OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION**  to be served

by U.S. Mail on the following individual:

> Stephani J. Ballard, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ.** (# 243)
**STEPHEN J. NEUBERGER, ESQ.** (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: October 17, 2007                    Attorneys for Plaintiff