IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.   : | C.A.No. 06-497-*** |
| : | |
| **STANLEY W. TAYLOR, JR.,** in his official : | |
| capacity as the Commissioner of Correction; : | |
| **ALAN MACHTINGER,** individually and in his : | |
| official capacity as the Director of Human : | |
| Resources of the Department of Correction; and : | |
| **DEPARTMENT OF CORRECTION OF THE** : | |
| **STATE OF DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on October 17, 2007, I caused two (2) copies of **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES** to be served by U.S. Mail on the following individual:

> Stephani J. Ballard, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ.** (# 243)
**STEPHEN J. NEUBERGER, ESQ.** (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: October 17, 2007        Attorneys for Plaintiff

Justice / Pleadings / Justice - 2nd ROG Response Notice of Svs.final