IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A. No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR.**, in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

The undersigned certifies that on November 16, 2007, a true and correct copy of *Defendants' Responses to Plaintiff's 3rd Set of Interrogatories* were sent via e-mail to the following:

Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE  19801

                      STATE OF DELAWARE
                      DEPARTMENT OF JUSTICE

                      /s/ Stephani J. Ballard
                      Stephani J. Ballard, I.D. #3481
                      Deputy Attorney General
                      Carvel State Office Building
                      820 N. French Street, 6th Floor
                      Wilmington, DE  19801
                      (302) 577-8400
                      Attorney for State Defendants