IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A. No. 06-497-*** |
| : | |
| **STANLEY W. TAYLOR, JR.,** in his official : | |
| capacity as the Commissioner of Correction; : | |
| **ALAN MACHTINGER,** individually and in his : | |
| official capacity as the Director of Human : | |
| Resources of the Department of Correction; and : | |
| **DEPARTMENT OF CORRECTION OF THE** : | |
| **STATE OF DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

The undersigned certifies that on November 16, 2007, a true and correct copy of *Defendants' Responses to Plaintiff's 3rd Set of Requests for Production of Documents* were sent via e-mail to the following:

Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE  19801

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stephani J. Ballard
        Stephani J. Ballard, I.D. #3481
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302)577-8400
        Attorney for State Defendants