IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-*** |
| | : | |
| **STANLEY W. TAYLOR, JR., in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : | |
| | : | |
| **Defendants.** | : | |

**STIPULATION ALTERING THE DISPOSITIVE MOTION BRIEFING SCHEDULE**

WHEREAS there is no trial date scheduled for this case at this time.

WHEREAS this case is presently assigned to the vacant judgeship.

WHEREAS, due to scheduling conflicts, including a pending trial and other matters, plaintiff has requested an extension for the filing of dispositive motions.

WHEREAS, defendants have consented to extend the briefing schedule to dates which are amenable to their schedule.

WHEREAS, the parties do not believe that this extension will in any way alter the Court's ability to determine any motions filed prior to the scheduled trial date since there is no trial date scheduled at this time.

The parties, through their undersigned counsel hereby STIPULATE and AGREE as

follows, subject to Court approval:

1. The current dispositive motion schedule entered on October 10, 2007 (D.I.36) shall be vacated.

2. Dispositive motions, opening briefs and supporting papers shall be filed on or before February 18, 2008.  Answering briefs and supporting papers shall be filed on or before March 10, 2008.  Reply briefs and supporting papers shall be filed on or before March 24, 2008.

3. This stipulation does not affect any other dates in the current scheduling order dated March 13, 2007 (D.I.14).

| DEPARTMENT OF JUSTICE | THE NEUBERGER FIRM, P.A. |
|---|---|
| */s/ Stephani J. Ballard* | */s/ Stephen J. Neuberger* |
| **Stephani J. Ballard, Esq.** (#3481) | **THOMAS S. NEUBERGER, ESQ.** (# 243) |
| Department of Justice | **STEPHEN J. NEUBERGER, ESQ.** (#4440) |
| Carvel State Office Building | Two East Seventh Street, Suite 302 |
| 820 North French Street | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 655-0582 |
| (302) 577-8354 | TSN@NeubergerLaw.com |
| stephani.ballard@state.de.us | SJN@NeubergerLaw.com |
| Attorneys for Defendants | Attorneys for Plaintiff |

Dated: December 12, 2007

 IT IS SO ORDERED this _____ day of _____, 2007.

_____
**U.S. DISTRICT COURT JUDGE**

Justice / Pleadings / Stipulations / Dispositive Motions Stipulation.final