IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A.No. 06-497-SLR |
| **STANLEY W. TAYLOR, JR.**, in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER**, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : | |
| **Defendants.** | : | |

**STIPULATION ALTERING THE DISPOSITIVE MOTION BRIEFING SCHEDULE**

WHEREAS there is no trial date scheduled for this case at this time.

WHEREAS, due to a death in the family of one of his attorneys, plaintiff has requested an extension for the filing of his dispositive motion.

WHEREAS, defendants have consented to a brief extension for the filing of his dispositive motion.

WHEREAS, the parties do not believe that this extension will in any way alter the Court's ability to determine any motions filed prior to the scheduled trial date since there is no trial date scheduled at this time.

The parties, through their undersigned counsel hereby STIPULATE and AGREE as follows, subject to Court approval:

1. The current stipulation regarding the dispositive motion schedule entered on December 13, 2007 (D.I.47) shall be vacated.

2. Dispositive motions, opening briefs and supporting papers shall be filed on or before February 26, 2008. Answering briefs and supporting papers shall be filed on or before March 18, 2008. Reply briefs and supporting papers shall be filed on or before April 1, 2008.

3. This stipulation does not affect any other dates in the current scheduling order dated March 13, 2007 (D.I.14).

| **DEPARTMENT OF JUSTICE** | **THE NEUBERGER FIRM, P.A.** |
|---|---|
| */s/ Stephani J. Ballard* | */s/ Thomas S. Neuberger* |
| **Stephani J. Ballard, Esq.** (#3481) | **THOMAS S. NEUBERGER, ESQ.** (# 243) |
| Department of Justice | **STEPHEN J. NEUBERGER, ESQ.** (#4440) |
| Carvel State Office Building | Two East Seventh Street, Suite 302 |
| 820 North French Street | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 655-0582 |
| (302) 577-8354 | TSN@NeubergerLaw.com |
| stephani.ballard@state.de.us | SJN@NeubergerLaw.com |
| Attorneys for Defendants | Attorneys for Plaintiff |

Dated: February 13, 2008

IT IS SO ORDERED this _____ day of _____, 2008.

_____
**U.S. DISTRICT COURT JUDGE**

Justice / Pleadings / Stipulations / 2nd Dispositive Motions Stipulation.final