IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 06-497-SLR |
| STANLEY W. TAYLOR, JR., in his | ) |
| official capacity as the Commissioner | ) |
| of Correction; ALAN MACHTINGER | ) |
| individually and in his official capacity | ) |
| as the Director of Human Resources | ) |
| of the Department of Correction; | ) |
| and DEPARTMENT OF CORRECTION | ) |
| of the STATE OF DELAWARE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Stanley W. Taylor, Jr., Alan Machtinger and the Department of Correction of the State of Delaware hereby move for summary judgment pursuant to Rule 56(c) for the reasons set forth in their briefs.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Stephani J. Ballard (ID #3481)
Deputy Attorneys General
820 North French Street
6th Floor
Wilmington, DE 19801
(302) 577-8324

DATED: February 26, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE,            ) | |
|                                                                    ) | |
|       Plaintiff,                     ) | |
|                                                                    ) | |
| v.                                                                ) | |
|                                                                    ) C. A. No. 06-497-SLR |
| STANLEY W. TAYLOR, JR., in his               ) | |
| official capacity as the Commissioner       ) | |
| of Correction; ALAN MACHTINGER          ) | |
| individually and in his official capacity   ) | |
| as the Director of Human Resources        ) | |
| of the Department of Correction;            ) | |
| and DEPARTMENT OF CORRECTION   ) | |
| of the STATE OF DELAWARE,                  ) | |
|                                                                    ) | |
|       Defendants.                   ) | |

## O R D E R

WHEREAS, the defendants have moved for summary judgment under Rule 56; and,

WHEREAS, the Court has reviewed the papers filed in connection with the motion and/or has heard from counsel.

**IT IS SO ORDERED this       day of             , 2008**

That the defendants' motion is GRANTED and the clerk is directed to enter JUDGMENT in their favor and against the plaintiff.

_____
U.S. District Judge Sue L. Robinson

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated, he caused the attached document to be electronically served on the following:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801
TSN@Neubergerlaw.com
SJN@Neubergerlaw.com

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE


                __/s/ Marc P. Niedzielski____
                Marc P. Niedzielski, I.D. #2616
                Deputy Attorney General
                Carvel State Office Building
                820 N. French Street, 6th Floor
                Wilmington, DE 19801
                (302) 577-8400

DATED:  February 26, 2008