IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-SLR |
| | : | |
| **STANLEY W. TAYLOR, JR., in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56, for the reasons stated in the accompanying short and concise statement, and there being no disputed issue of material fact, plaintiff Moves that the Court issue an Order granting him partial summary judgment and finding that -

(1).  Plaintiff engaged in protected First Amendment activity by way of: (1) his association with and membership in COAD; (2) his serving as Vice-President of COAD; (3) his serving on the contract negotiations team against the DOC, and his other union activities.

(2).  Plaintiff has suffered adverse employment action in that the sum total of defendants' actions, which resulted in denying him a fair opportunity to compete for promotion, would chill a person of ordinary firmness from engaging in protected First Amendment activity.

        Respectfully Submitted,

        **THE NEUBERGER FIRM, P.A.**

        /s/ Stephen J. Neuberger
        **THOMAS S. NEUBERGER, ESQ. (#243)**
        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
        Two East Seventh Street, Suite 302
        Wilmington, DE 19801
        (302) 655-0582
        TSN@NeubergerLaw.com
        SJN@NeubergerLaw.com

Dated: February 26, 2008        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No. 06-497-SLR |
| : | |
| **STANLEY W. TAYLOR, JR., in his official** : | |
| **capacity as the Commissioner of Correction;** : | |
| **ALAN MACHTINGER, individually and in his** : | |
| **official capacity as the Director of Human** : | |
| **Resources of the Department of Correction; and** : | |
| **DEPARTMENT OF CORRECTION OF THE** : | |
| **STATE OF DELAWARE,** : | |
| : | |
| **Defendants.** : | |

## ORDER

This _____ day of _____, 2008, there being no material issue in dispute, pursuant to Fed.R.Civ.P. 56, the Court grants partial summary judgment in favor of plaintiff against defendants. It is hereby Ordered that-

(1). Plaintiff engaged in protected First Amendment activity by way of: (1) his association with and membership in COAD; (2) his serving as Vice-President of COAD; (3) his serving on the contract negotiations team against the DOC, and his other union activities.

(2). Plaintiff has suffered adverse employment action in that the sum total of defendants' actions, which resulted in denying him a fair opportunity to compete for promotion, would chill a person of ordinary firmness from engaging in protected First Amendment activity.

_____
**THE HONORABLE SUE L. ROBINSON**

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 26, 2008, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Stephani Ballard, Esq.
>Marc Niedelski, Esq.
>Department of Justice
>820 N. French Street, 8th Floor
>Wilmington, DE 19801

   /s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Justice \ Pleadings \ Motions \ Justice - Motion for SJ