IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT WILBUR F. JUSTICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No. 06-497-SLR |
| : | |
| **STANLEY W. TAYLOR, JR.,** in his official : | |
| capacity as the Commissioner of Correction; : | |
| **ALAN MACHTINGER,** individually and in his : | |
| official capacity as the Director of Human : | |
| Resources of the Department of Correction; and : | |
| **DEPARTMENT OF CORRECTION OF THE** : | |
| **STATE OF DELAWARE,** : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SUMMARY JUDGMENT
OPENING BRIEF AND APPENDIX FOR FAILURE TO COMPLY WITH THE
COURT'S PRETRIAL SCHEDULING ORDER (D.I.48)**

Plaintiff Moves to strike defendants' Opening Brief in support of their Motion for

Summary Judgment ("Opening Brief") and accompanying Appendix for failure to comply with

the Scheduling Order of the Court entered on February 4, 2008. (D.I.48).

### Discussion

**A. Defendants' Opening Brief and Appendix Violate the Court's Order.**  As clearly

stated in the Court's recent Order:

> If there is a *pending* motion for summary judgment, the moving party will be
> required to file with the court a short and concise statement, in numbered
> paragraphs, of; (a) the material facts as to which the moving party contends there
> is no genuine issue to be tried; and (b) the legal issues upon which judgment is
> sought.  The non-moving part will be required to respond in kind, with the content
> of the numbered paragraphs of the responsive statement corresponding to the
> content of the numbered paragraphs of the movant's statement.

(D.I.48 ¶3) (emphasis added).  The Court made clear that no briefs and/or appendices were to be

filed in support of any pending motions for summary judgment.

On February 26, 2008, defendants filed their Motion for Summary Judgment. (D.I.50). But in violation of the Court's Order, defendants then filed a full supporting Opening Brief (D.I.51) and Appendix (D.I.52), rather than the short, plain statement Ordered by the Court. Defendants did not petition the Court to modify the Order. Instead, they simply disregarded it. Accordingly, the defense Opening Brief and Appendix should be stricken from the record.

## Conclusion

For the reasons discussed above, defendants' Opening Brief (D.I.51) and accompanying Appendix (D.I.52) should be stricken from the record for failure to comply with the Court's Order of February 4, 2008. Further, plaintiff's response should be held in abeyance until further Order of the Court.

Plaintiff waives an opening brief in support of this Motion.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: February 28, 2008        Attorneys for Plaintiff

3

## LOCAL RULE 7.1.1 STATEMENT

Counsel certifies that he contacted defense counsel to determine their position on this motion. Defendants oppose this Motion.

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ**.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SERGEANT WILBUR F. JUSTICE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-497-SLR |
| | : | |
| **STANLEY W. TAYLOR, JR., in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This _____ day of _____, 2008, it is hereby ORDERED that defendants' Opening Brief in Support of Summary Judgment (D.I.51) and accompanying Appendix (D.I.52), as filed on February 26, 2008, do not comply with the Court's Order of February 4, 2008, and are hereby stricken from the record. Further, plaintiff's response to the non-compliant defense motion is held in abeyance until further Order of the Court.

_____
**THE HONORABLE SUE L. ROBINSON**

**CERTIFICATE OF SERVICE**

      I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 28, 2008, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Stephani Ballard, Esq.
> Marc Niedelski, Esq.
> Department of Justice
> 820 N. French Street, 8th Floor
> Wilmington, DE 19801

      /s/ Thomas S. Neuberger
      **THOMAS S. NEUBERGER, ESQ.**

Justice \ Pleadings \ Motions \ Motion to Strike Ds' SJOB.final