IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY W. TAYLOR, JR., in his )<br>official capacity as the Commissioner )<br>of Correction; ALAN MACHTINGER )<br>individually and in his official capacity )<br>as the Director of Human Resources )<br>of the Department of Correction; )<br>and DEPARTMENT OF CORRECTION)<br>of the STATE OF DELAWARE, )<br>)<br>Defendants. ) | C. A. No. 06-497-SLR |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

Defendants hereby oppose plaintiff's motion to strike their Opening Brief and Appendix is Support of Summary Judgment. (D.I. 55)  Plaintiff's motion should be denied for the reasons that follow:

1.  On February 4, 2008, the Court entered a Case Management Order in this matter. (D.I. 48)  That Order followed the reassignment of this case to the Honorable Sue L. Robinson from the vacant judgeship.  That Order provides in part that *"[i]f there is a pending motion for summary judgment, the moving party will be required to file with the court a short and concise statement…"*  The Docket reveals that there was no pending motion for summary judgment when the Case Management Order was filed.

2.  Following the entry of the Case Management Order, plaintiff's counsel Cheryl Hertzog, Esquire called defense counsel Stephani Ballard, Esquire to request an

extension of the deadline to file case depositive motions under the existing scheduling order.  (D.I. 49 [Stipulation to Extend Deadlines])  That stipulation was drafted and filed by counsel who is now moving to strike defendants' Opening Brief and Appendix filed on February 26, 2008.  Paragraph 2 of that document provides: *"[d]ispositive motions, opening briefs and supporting papers shall be filed on or before February 26, 2008."*  The Court entered the stipulation as an Order on February 19, 2008.  Clearly, defendants properly filed their motion, brief and appendix in support of summary judgment.

3.  Plaintiff's counsel failed to comply with Fed.R.Civ.P. 11 in filing the motion to strike defendants' brief and appendix.  It was the same plaintiff's counsel that authored and filed the recent Stipulated Order (D.I. 49) to extend deadlines and **expressly provided for the full briefing of the issues** – and in direct contradiction of the present motion to strike.

WHEREFORE, plaintiff's application to strike defendants' Opening Brief and Appendix should be denied, and plaintiff should be deemed to have waived the opportunity to move for summary judgment by failing to properly support such a motion as set for in the Stipulated Order D.I. 49.

Defendants waive an answering brief in opposition to this motion.

- 3 -

        Respectfully submitted,

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE


        <u>/s/ Marc P. Niedzielski</u>
        Marc P. Niedzielski (ID 2616)
        Stephani J. Ballard (ID 3481)
        Deputy Attorneys General
        820 North French Street
        6th Floor
        Wilmington, DE 19801
        (302) 577-8324

DATED: March 3, 2008

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated, he caused the attached document to be electronically served on the following:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801
TSN@Neubergerlaw.com
SJN@Neubergerlaw.com

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/ Marc P. Niedzielski
          Marc P. Niedzielski, I.D. #2616
          Deputy Attorney General
          Carvel State Office Building
          820 N. French Street, 6th Floor
          Wilmington, DE 19801
          (302) 577-8400

DATED: March 3, 2008