IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGEANT WILBUR F. JUSTICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-497-SLR ) |
| STANLEY W. TAYLOR, JR. et al., | ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 4th day of March, 2008, consistent with the court's case management order dated February 4, 2008 (D.I. 48);

IT IS ORDERED that:

1. Plaintiff's motion to strike (D.I. 55) is denied.

2. However, on or before March 10, 2008, defendants shall file the statement required by the February 4, 2008 order.

3. Plaintiff shall file its responsive statement on or before March 24, 2008. Plaintiff shall not be required to file a responsive brief until further order of the court.

                                                          _____
                                                          United States District Judge