IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILBER F. JUSTICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-497-SLR |
| | ) |
| CARL C. DANBERG et. al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 29th day of July, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for partial summary judgment (D.I. 53) is granted.

2. Defendants' motion for summary judgment (D.I. 50) is denied.

_____
United States District Judge