IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT WILBUR F. JUSTICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C. A. No. 06-497-SLR |
| CARL C. DANBERG, JR., in his | : | |
| official capacity as the Commissioner | : | |
| of Correction; ALAN MACHTINGER | : | |
| individually and in his official capacity | : | |
| as the Director of Human Resources | : | |
| of the Department of Correction; | : | |
| and DEPARTMENT OF CORRECTION | : | |
| of the STATE OF DELAWARE, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

The defendants hereby appeal the District Court's July 29, 2008 Order and Memorandum Opinion which denied Defendants' Motion for Summary Judgment, on grounds including the denial of Eleventh Amendment and Qualified Immunity in this matter (D.I. 61, 62).

                                                    STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

                                                    /s/ Marc P. Niedzielski
                                                    Marc P. Niedzielski (#2616)
                                                    Stephani J. Ballard (ID #3481)
                                                    Deputy Attorneys General
                                                    820 North French Street, 6th Floor
                                                    Wilmington, DE 19801
                                                    (302) 577-8324

DATED:  August 19, 2008

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date indicated, he caused the attached document to be electronically served on the following:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 E. Seventh St., Suite 302
Wilmington, DE 19801
TSN@Neubergerlaw.com
SJN@Neubergerlaw.com

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Marc P. Niedzielski
                                        Marc P. Niedzielski, I.D. #2616
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE 19801
                                        (302) 577-8400

DATED:  August 19, 2008